1
2
3
4                                                           JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  GS HOLISTIC, LLC,                    No. 2:22-cv-05651-JFW-GJSx
12          Plaintiff,
13      v.                               **FINAL JUDGMENT**
14  SMOKEYZ INC d/b/a SMOKEYZ
    SMOKE AND VAPE SHOP and ELIAN
15  HANNA,
16          Defendants,
17

18      The Court has before it the Plaintiff, GS HOLISTIC, LLC's ("Plaintiff") Motion for
19  Default Judgment against Defendants, SMOKEYZ INC d/b/a SMOKEYZ SMOKE AND VAPE
20  SHOP and ELIAN HANNA (collectively, "Defendants"). Having considered Plaintiff's Motion
21  and all documents and evidence attached thereto, and the Court being fully advised, and good
22  cause shown:
23
24      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered in
25  favor of Plaintiff on all claims, and Defendants are liable to Plaintiff in the amount of $150,897.00
26  (statutory damages of $150,000.00 plus costs of $897.50).
27
28      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants, their

agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined from infringing upon the Stündenglass Marks directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass product identified in the complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof;

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1118, Defendants, at their cost, deliver to Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass Marks.

IT IS SO ORDERED.

DATED: February 16, 2023

_____
United States District Court Judge